UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES ADRIAN FORD,

    Petitioner,

vs.

STATE OF NEVADA, *et al.,*

    Respondents.

Case No. 2:17-cv-00112-RFB-VCF

**ORDER**

This habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's application (ECF No. 1) to proceed *in forma pauperis* and his motion (ECF No. 2) for appointment of counsel.

The pauper application is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, a petitioner must attach both a properly executed financial certificate and an inmate account statement for the past six months. The financial certificate that petitioner attached was not executed by an authorized financial officer with the corrections department. Petitioner must have the authorized financial officer complete the form for him. Petitioner also did not attach an inmate account statement for the past six months.

The application therefore will be denied without prejudice. Petitioner either must pay the $5.00 filing fee or file a properly completed pauper application within sixty (60) days of entry of this order.

Petitioner's motion for appointment of counsel also will be denied without prejudice because petitioner must establish both financial eligibility for appointment under 18 U.S.C. § 3006A and that such appointment is required by the interests of justice. The Court uses the

1 financial materials submitted with the pauper application to determine financial eligibility for an inmate. If the financial materials are not attached, the Court cannot do so.

IT THEREFORE IS ORDERED that petitioner's application (ECF No. 1) to proceed *in forma pauperis* and his motion (ECF No. 2) for appointment of counsel both are DENIED without prejudice.

IT FURTHER IS ORDERED that petitioner shall have sixty (60) days within which to either pay the $5.00 filing fee or file a new and properly completed application to proceed *in forma pauperis* together with a properly executed financial certificate and an inmate account statement.

If petitioner fails to either pay the filing fee or submit a properly completed new pauper application with all required attachments within sixty (60) days, the action will be dismissed without further advance notice. This is the last advance notice that petitioner will receive prior to a dismissal of this action.

The Clerk of Court shall SEND petitioner two copies of an *in forma pauperis* application form for incarcerated persons along with one copy of the instructions for same.

DATED: September 29, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge