UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES ADRIAN FORD,<br><br>Petitioner,<br>v.<br>STATE OF NEVADA, et al.,<br><br>Respondents. | Case No. 2:17-cv-00112-RFB-VCF<br><br>ORDER |

Good cause appearing, petitioner's second unopposed motion for extension of time (ECF No. 14) is GRANTED. Petitioner will have until March 25, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED this <u>24th</u> day of January, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1