UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES ADRIAN FORD,<br><br>        Petitioner,<br>v.<br>STATE OF NEVADA, et al.,<br><br>        Respondents. | Case No. 2:17-cv-00112-RFB-VCF<br><br>ORDER |

Petitioner's third unopposed motion for extension of time (ECF No. 16) is GRANTED. Petitioner will have until May 9, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED this 26th day of March, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1