UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES ADRIAN FORD, | Case No. 2:17-cv-00112-RFB-VCF |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner's fourth unopposed motion for extension of time (ECF No. 19) is GRANTED. Petitioner will have until May 23, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED this 10th day of May, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1