# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ADRIAN FORD,<br><br>　　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:17-cv-00112-RFB-VCF<br><br>**ORDER**<br>(ECF No. 28) |

Good cause appearing, Respondents' Unopposed Motion for Enlargement of Time (ECF No. 28) is GRANTED. Respondents have until October 21, 2019, to answer or otherwise respond to the Second Amended Petition for Writ of Habeas Corpus (ECF No. 26).

IT IS SO ORDERED.

DATED this 18th day of September 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE