# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ADRIAN FORD,<br><br>　　　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:17-cv-00112-RFB-VCF<br><br>**ORDER** |

　　　　This habeas matter is before the Court on Petitioner Charles Adrian Ford's Motion to Reopen for the Limited Purpose of Filing a Third Amended Petition (ECF No. 34) and Motion for Leave to File a Third Amended Petition (ECF No. 35).  Respondents do not oppose. (ECF No. 37.) Having reviewed and considered the matter pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court finds that leave to amend is warranted.

　　　　Accordingly, **IT IS HEREBY ORDERED:**

1. Ford's Motion to Reopen for the Limited Purpose of Filing a Third Amended Petition (ECF No. 34) and Motion for Leave to File a Third Amended Petition (ECF No. 35) are **GRANTED** *nunc pro tunc* to February 13, 2020.
2. Ford has seven days from the date of this order to file the amended pleading.
3. This action will remain administratively closed until such time as Ford has completed the post-conviction litigation in state court and this Court grants a motion to reopen.
4. All other instructions stated in the Court's prior orders remain in effect.

DATED this 30th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE