UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CHARLES ADRIAN FORD, | Case No. 2:17-cv-00112-RFB-VCF |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| JERRY HOWELL, | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Charles Adrian Ford's (ECF No. 44) Motion to Reopen for the Limited Purpose of Filing a Fourth Amended Petition and (ECF No. 45) Motion for Leave to File a Fourth Amended Petition. Respondents do not oppose. ECF No. 46. Having reviewed and considered the matter pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court finds that leave to amend is warranted.

**IT IS THEREFORE ORDERED:**

1. Petitioner's Motion to Reopen for the Limited Purpose of Filing a Fourth Amended Petition (ECF No. 44) and Motion for Leave to File a Fourth Amended Petition (ECF No. 45) are **GRANTED** *nunc pro tunc* to January 26, 2023.
2. Petitioner has seven days from the date of this order to file the amended pleading.
3. This action will remain administratively closed until such time as Petitioner has completed the post-conviction litigation in state court and this Court grants a motion to reopen.
4. All other instructions stated in the Court's previous orders remain in effect.

DATED: September 30, 2023

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1